AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

United States of America )
v. )
) Case No.  3:26-mj-144
)
GENE ARNOLD MCLENITHAN )
)
)
)

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     GENE ARNOLD MCLENITHAN                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C 1201 (a)(2) Kidnapping
18 U.S.C 2244 (a)(1) Attempted Abusive Sexual Contact

Date:     05/27/2026                                                    *Stacie F. Beckerman*

                                                                    *Issuing officer's signature*

City and state:     Portland, OR                                    Honorable Stacie F. Beckerman, U.S. Magistrate Judge

                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5/27/26 , and the person was arrested on *(date)* 5/28/26 at *(city and state)* SALEM, OR . |

Date: 5/28/26

                                                                    *Alexander F. Robison*
                                                                    *Arresting officer's signature*

                                                                    Alexander F. Robison
                                                                    *Printed name and title*